**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2386**

BARRY J. BLUEFELD,

        Plaintiff - Appellant,

    v.

BARRY S. COHEN; JOEL S. MEISEL; DAVID COHEN,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:15-cv-02857-PX)

Submitted: February 23, 2017      Decided: February 27, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Barry J. Bluefeld, Appellant Pro Se. Matthew D. Matkov, SALTZ MATKOV PC, Wayne, Pennsylvania; Albert Sanford Nalibotsky, SALTZ MATKOV, PC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry J. Bluefeld seeks to appeal the district court's order denying his motion for leave to file a second amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Bluefeld seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED